<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   __7__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Globus Freight, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0746467** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2300 E. Higgins Road, Suite 318**<br>**Elk Grove Village, IL 60007**<br><sub>Number, Street, City, State & ZIP Code</sub> | **5357 N. East River Road, Apt. 603**<br>**Chicago, IL 60656**<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| **Cook**<br><sub>County</sub> | **Location of principal assets, if different from principal place of business**<br>**5357 N. East River Road, Apt. 603 Chicago, IL 60656**<br><sub>Number, Street, City, State & ZIP Code</sub> |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Globus Freight, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Desislava Hristova** | Relationship | **Shareholder/Officer** |
|---|---|---|---|---|
| | District | **Northern District of Illinois** | When **12/23/16** | Case number, if known **16-40279** |

Debtor    **Globus Freight, Inc.**    Case number (if known) _____
_____
Name

**11.  Why is the case filed in**    Check all that apply:
**this district?**
☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ☑ No
**have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of**    .    Check one:
**available funds**
☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**        ☑ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**    ☑ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000             ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Globus Freight, Inc.** _____    Case number (*if known*) _____

Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2017** _____
                MM / DD / YYYY

**X** **/s/ Desislava Hristova** _____        **Desislava Hristova** _____
Signature of authorized representative of debtor                Printed name

Title    **President/Shareholder** _____

**18. Signature of attorney**

**X** **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** _____    Date    **September 28, 2017** _____
Signature of attorney for debtor                                        MM / DD / YYYY

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** _____
Printed name

**Kaplan Law Offices, P.C.** _____
Firm name

**3400 Dundee Road**
**Suite 150**
**Northbrook, IL 60062** _____
Number, Street, City, State & ZIP Code

Contact phone    **(847) 509-9800** _____    Email address    **alex@alexkaplanlegal.com** _____

**6272494** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Globus Freight, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2017**          X **/s/ Desislava Hristova**
                                                Signature of individual signing on behalf of debtor

                                                **Desislava Hristova**
                                                Printed name

                                                **President/Shareholder**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Globus Freight, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 6,182,747.00

4. Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b

$ _____ 6,182,747.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Globus Freight, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Globus Freight, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Globus Freight, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name        **Globus Freight, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Globus Freight, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,570.00** |
|---|---|---|---|

**Argus Capital Funding**
**85 Broad streert**
**17th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 2016__

Basis for the claim:  __Business loan for Globus Freight, Inc.__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,700.00** |
|---|---|---|---|

**Ascentium Capital**
**23970 Hwy 59 North**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __2015 270 Volvo 670 Truck__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,700.00** |
|---|---|---|---|

**Ascentium Capital**
**23970 Hwy 59 North**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __2015 Volvo 670 Truck__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,542.00** |
|---|---|---|---|

**Bank of the Ozarks**
**17901 Chenal Parkway**
**3rd Floor**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Sept. 2014__

Basis for the claim:  __2015 Utility Dry Van 53 Feet Trailer__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Globus Freight, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,768.00 |
|---|---|---|---|

**Bank of the Ozarks**
**PO Box 242208**
**Little Rock, AR 72223-2208**

Date(s) debt was incurred **March 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2016 Dry Van Utility Trailer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,750.00 |
|---|---|---|---|

**Bank of the Ozarks**
**PO Box 242208**
**Little Rock, AR 72223-2208**

Date(s) debt was incurred **May 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2015 Dry Van Trailer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,001.00 |
|---|---|---|---|

**BankDirect Capital Finance**
**c/o Williams Bax Saltzman**
**221 N. LaSalle Street, Suite 3700**
**Chicago, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number **4056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Nature of suit unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,430.00 |
|---|---|---|---|

**BMO Harris Bank**
**300 E. Jon Carperter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred **May 2016**

Last 4 digits of account number **0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2014 Volvo 670 Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,430.00 |
|---|---|---|---|

**BMO Harris Bank**
**300 E. Jon Carpenter freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred **May 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2014 Volvo 67 Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,430.00 |
|---|---|---|---|

**BMO Harris Bank**
**300 E. Jon Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred **May 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2014 670 Volo Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,658.00 |
|---|---|---|---|

**Bondar Ins. Group, Inc.**
**619 Enterprise Drive, Suite 202**
**Oak Brook, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance premium default**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Globus Freight, Inc.** | Case number (if known) | |
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,130.00** |
|---|---|---|---|

**Can Capital, Inc.**
**2015 Vaughn Road**
**Suite 500**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

**Basis for the claim:  Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Caop Call, LLC**
**122 East 42nd Street**
**Suite 2112**
**New York, NY 10168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

**Basis for the claim:  Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,174.00** |
|---|---|---|---|

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened Jan. 2015**

**Basis for the claim:  Charge account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,847.00** |
|---|---|---|---|

**Chase Bank**
**PO Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,525.00** |
|---|---|---|---|

**Chase Bank**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit account.**

Last 4 digits of account number  **9241**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.00** |
|---|---|---|---|

**Chase Bank**
**PO Box 15153**
**Wilmington, DE 19886-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Overdraft to bank account**

Last 4 digits of account number  **0836**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,658.00** |
|---|---|---|---|

**Colony Speciality Ins.**
**c/o Michael D. Weis, Esq.**
**PO Box 1166**
**Northbrook, IL 60065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Breach of contract suit**

Last 4 digits of account number  **8496**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Globus Freight, Inc.**                                     Case number (if known) _____

Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,051.00** |

**Comcast**
PO Box 3002
Southeastern, PA 19398-3002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6905**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196,480.00** |

**Commercial Credit Group, Inc.**
PO Box 60121
Charlotte, NC 28260-0121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 2015**

**Last 4 digits of account number** _

Basis for the claim:  **2015 Volvo Truck 670**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,300.00** |

**Commercial Credit Group, Inc.**
PO Box 60121
Charlotte, NC 28260-0121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 2015**

**Last 4 digits of account number** _

Basis for the claim:  **2015 670 Volvo Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,400.00** |

**Commercial Credit Group, Inc.**
PO Box 560121
Charlotte, NC 28260-0121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Dec. 2015**

**Last 4 digits of account number** _

Basis for the claim:  **2015 670 Volvo Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,480.00** |

**Commercial Credit Group, Inc.**
PO Box 60121
Charlotte, NC 28260-0121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 2015**

**Last 4 digits of account number** _

Basis for the claim:  **2016 670 Volvo Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,950.00** |

**First Midwest Equipment Finance Co.**
80 Gordon
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **2016 Freightliner Cascadia Truck**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**Fleet One**
613 Bakertwon Road
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1131**

Basis for the claim:  **Fuel Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Globus Freight, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,126.00** |
|---|---|---|---|
| | **Funding Circle** | ☐ Contingent | |
| | **747 Front Street** | ☐ Unliquidated | |
| | **4th Floor** | ☐ Disputed | |
| | **San Francisco, CA 94111** | | |
| | Date(s) debt was incurred **Nov. 2015** | **Basis for the claim:** **Business loan** | |
| | Last 4 digits of account number **1919** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,257.00** |
|---|---|---|---|
| | **GE Transportation Finance** | ☐ Contingent | |
| | **PO Box 642222** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264-2222** | ☐ Disputed | |
| | Date(s) debt was incurred **Aug. 2015** | **Basis for the claim:** **2016 670 Volvo Truck** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,590.00** |
|---|---|---|---|
| | **Ge Transportation Finance** | ☐ Contingent | |
| | **PO Box 822108** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182-2108** | ☐ Disputed | |
| | Date(s) debt was incurred **Oct. 2015** | **Basis for the claim:** **2016 Freightliner Cascadia Truck** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,140.00** |
|---|---|---|---|
| | **Gibraltar Capital Advance** | ☐ Contingent | |
| | **400 Skokie Blvd.** | ☐ Unliquidated | |
| | **Ste. 375** | ☐ Disputed | |
| | **Northbrook, IL 60062** | | |
| | Date(s) debt was incurred **May 2016** | **Basis for the claim:** **Business loan** | |
| | Last 4 digits of account number **8643** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **GPS Insight** | ☐ Contingent | |
| | **7201 E. Henkel Way, Unit 400** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **GPS system for trucks** | |
| | Last 4 digits of account number **6340** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,691.00** |
|---|---|---|---|
| | **Hitachi** | ☐ Contingent | |
| | **21925 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1219** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **2017 Utility Dryvay** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,209.00** |
|---|---|---|---|
| | **Hitachi** | ☐ Contingent | |
| | **21925 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **2015 DryVan Trailer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com |

| Debtor | **Globus Freight, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

3.33 | **Nonpriority creditor's name and mailing address**
**Hitachi**
21925 Network Place
Chicago, IL 60673-1219

Date(s) debt was incurred  **Dec. 2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 Freightliner Cascadia Truck**

Is the claim subject to offset? ■ No ☐ Yes

**$125,005.00**

---

3.34 | **Nonpriority creditor's name and mailing address**
**Hitachi**
21925 Network Place
Chicago, IL 60673-1219

Date(s) debt was incurred  **Oct. 2014**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Dry Van**

Is the claim subject to offset? ■ No ☐ Yes

**$21,691.00**

---

3.35 | **Nonpriority creditor's name and mailing address**
**Marlin Business Bank**
PO Box 13604
Philadelphia, PA 19101

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 freightliner Cascadia**

Is the claim subject to offset? ■ No ☐ Yes

**$142,720.00**

---

3.36 | **Nonpriority creditor's name and mailing address**
**Mercedes-Benz Financial Services**
13650 Heritage Parkway
Fort Worth, TX 76177

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 Freightliner Cascadia**

Is the claim subject to offset? ■ No ☐ Yes

**$253,480.00**

---

3.37 | **Nonpriority creditor's name and mailing address**
**Mercedes-Benz Financial Services**
13650 Heritage Parkway
Fort Worth, TX 76177

Date(s) debt was incurred  **Sept. 2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 Freightliner Cascadia**

Is the claim subject to offset? ■ No ☐ Yes

**$253,480.00**

---

3.38 | **Nonpriority creditor's name and mailing address**
**Old Second National Bank**
37 South River St.
Aurora, IL 60506

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 Freightliner Cascadia**

Is the claim subject to offset? ■ No ☐ Yes

**$258,756.00**

---

3.39 | **Nonpriority creditor's name and mailing address**
**Old Second National Bank**
37 South River Street
Aurora, IL 60506

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016 Frieghtliner Cascadia**

Is the claim subject to offset? ■ No ☐ Yes

**$258,756.00**

---

| Debtor | **Globus Freight, Inc.** | Case number (if known) | |
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,497.00 |
|---|---|---|---|

**Quarterspot**
4601 N. Fairfax Drive
Suite 1120
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2016

**Basis for the claim:**  Business loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,585.00 |
|---|---|---|---|

**Siemens Financial Services**
PO Box 2083
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  2016 Freightliner Cascadia

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,261.00 |
|---|---|---|---|

**Siemens Financial Services**
PO Box 2083
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  2017 5 Dry Van Utility Trailers

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,222.00 |
|---|---|---|---|

**Sterns Bank**
500 13th Street
PO Box 750
Albany, MN 56307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  2016 3 Dry Van Trailers

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,894.00 |
|---|---|---|---|

**Triumph Commercial Finance**
12700 Park Central Drive
Ste. 1700
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Sept. 2015

**Basis for the claim:**  2016 Freightliner Cascadia

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,532.00 |
|---|---|---|---|

**Triumph Commercial Finance**
12700 Park Central Drive
Ste. 1700
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Sept. 2015

**Basis for the claim:**  2016 4 Dry Van Trailers

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,894.00 |
|---|---|---|---|

**Triumph Commerical Finance**
12700 Park Central Drive
Suite 1700
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Sept. 2015

**Basis for the claim:**  2016 Freightliner Cascadia

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Globus Freight, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,138.00 |
|---|---|---|---|

**TruckLenderUSA**
**23 Berry Hill Road**
**Oyster Bay, NY 11771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2014**

Basis for the claim:  **2013 Volvo Truck**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon Networkfleet**
**6363 Greenwich Drive**
**Ste. 200**
**San Diego, CA 92122-5987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **GPS System for trucks**

Last 4 digits of account number  **2998**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,338.00 |
|---|---|---|---|

**Volvo Financial Services**
**7025 Albert Pick Road**
**Suite 105**
**Greensboro, NC 27402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **2016 Volvo 670**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,338.00 |
|---|---|---|---|

**Volvo Financial Services**
**PO Box 7247-6667**
**Philadelphia, PA 19170-6667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2015**

Basis for the claim:  **2016 Volvo 670 Truck**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,570.00 |
|---|---|---|---|

**Yellowstone Capital, LLC**
**160 Pearl Street**
**5th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2016**

Basis for the claim:  **Business loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Howard & Howard**<br>**200 S. Michigan St., Ste. 1100**<br>**Chicago, IL 60604** | Line  **3.8**<br><br>☐ Not listed. Explain ___ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 6,182,747.00 |

Debtor    **Globus Freight, Inc.**
_____          Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**                                              5c.    $ _____ **6,182,747.00**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Globus Freight, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Globus Freight, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name      **Globus Freight, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$2,097,044.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,001,153.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Globus Freight, Inc.** _____    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **TruckLendersUSA**<br>**23 Berry Hill Road**<br>**Oyster Bay, NY 11771** | **2013 269 Volvo truck with aprox. 500,000 miles**<br>**Truck used for buisness**<br>**(truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guarenteed by debtor)** | **July 2016** | **$40,000.00** |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **2015 271 Volvo Truck 220,000 miles**<br>**Truck used for buisness**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guarenteed by debtor)**<br>**Total loss on or about May 2016; salvaged; not in debtor** | **May 2016** | **$85,000.00** |
| **BMO Harris Bank**<br>**300 E. Jon Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 266 Volov 670 Truck 293,000 miles**<br>**Truck used for buisness**<br>**(Truck could be in name of Grobus Freight, Inc. and/pr Debtor; debt inuring upon same time is personally guarenteed by debtor)** | **September/October 2015** | **$60,000.00** |
| **BMO Hassi Bank**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 267 Volvo 670 Truck 281,5000 miles**<br>**Truck used for buisness**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guarenteed by debtor)**<br>**Vol. Repo aprox. Sept./Oct. 2016** | **Oct./Sept.** | **$60,000.00** |
| **BMO Harris Bank**<br>**300 E. Jon Carpenter Freeway**<br>**Irving, TX 75062-2712** | **2014 268 Volvo 670 Truck 300,500 miles**<br>**Truck used for buisness**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guarenteed bt debtor)** | **Sept./Oct. 2016** | **$60,000.00** |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | **2015 271 Volvo 670 Truck 220,000 miles**<br>**Truck used for buisness**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guarenteed by debtor)**<br>**Total loss on or about May 2016; salvaged.** | **May 2016** | **$85,000.00** |

Debtor   **Globus Freight, Inc.**                                         Case number _(if known)_ _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Commercial Credit Group, Inc. PO Box 60121 Charlotte, NC 28260-0121** | **2015 272 Volvo Truck 200,000 miles Truck used for buisness (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring by same is personally guaranteed by debtor)** | **October 2016** | **$85,000.00** |
| **Commercial Credit Group, Inc. PO Box 60121 Charlotte, NC 28260-0121** | **2015 273 Volvo Truck 150,000 miles Truck used for buisness (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Repo Aprox. Oct. 2016** | **Oct. 2016** | **$85,000.00** |
| **Commercial Credit Group, Inc. PO Box 60121 Charlotte, NC 28260-0121** | **2016 274 Volvo 670 Truck 192,000 miles Truck used for buisness (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Nov. 2016** | **$93,000.00** |
| **Commercial Credit Group, Inc. PO Box 60121 Charlotte, NC 28260-0121** | **2015 275 Volvo 670 Truck 192,000 miles Truck used for buisness (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **End of Nov. 2016** | **$85,000.00** |
| **Volvo Financial Services 7025 Albert Pick Road, Ste. 105 PO Box 26131 Greensboro, NC 27402-6131** | **2016 276 Volvo 670 Truck 100,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **End of Nov. 2016** | **$95,000.00** |
| **GE Transportation Finance PO Box 642222 Pittsburgh, PA 15264-2222** | **2016 278 Volvo 670 Truck 135,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Repo Aprox. Nov. 2016** | **Beg. of Nov. 2016** | **$95,000.00** |
| **Mercedez-Benz Financial Services 13650 Heritage Parkway Fort Worth, TX 76177** | **2016 280 Freighliner Cascadia Truck 85,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Vol. Repo. Beg. Nov. 2016** | **Beg. Nov. 2016** | **$110,000.00** |
| **GE Transporation Finance PO Box 642222 Pittsburgh, PA 15264-2222** | **2016 281 Freighliner Cascadia Truck 120,000 miles Truck used for business (Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor) Vol. Repo. Nov. 2016** | **Beg. Nov. 2016** | **$105,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Globus Freight, Inc.**                                    Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **2016 282 Freighliner Cascadia Truck 65,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Beg. Nov. 2016** | **Beg. Nov. 2016** | **$110,000.00** |
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **2016 283 Freightliner Cascadia Truck 75,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Beg. Nov. 2016** | **Beg. Nov. 2016** | **$110,000.00** |
| **Bank of the Ozarks**<br>**17901 Chenal Parkway**<br>**3rd Floor**<br>**Little Rock, AR 72223** | **2015 1711 Utility Dry Van 53 Feet**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Beg. Nov. 2016** | **Beg. Nov. 2016** | **$17,000.00** |
| **Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | **2017 1712 Utility Dry Van 53 Feet**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Beg. Nov. 2016** | **Beg. 2016** | **$17,000.00** |
| **Siemens Financial Services**<br>**PO Box 2083**<br>**Carol Stream, IL 60132-2083** | **All 2017 5 Dry Van Utility Trailers**<br>**1807, 1808**<br>**(Vol. Repo of 1807 & 1808 aprox. Beg. Nov. 2016)**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Beg. Nov. 2016** | **$50,000.00** |
| **Bank of the Ozarks**<br>**PO Box 242208**<br>**Little Rock, AR 72223-2208** | **2016 1903 Dry Van Utility Trailer**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Beg. Nov. 2016** | **$20,000.00** |
| **Triumph Commercial Finance**<br>**12700 Park Central Drive**<br>**Suite 1700**<br>**Dallas, TX 75251** | **2016 4 Dry Van Trailers**<br>**7008, 7009, 7010, 7011**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Beg. 2016** | **Beg. Nov. 2016** | **$80,000.00** |

Debtor   **Globus Freight, Inc.**                                   Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bank of the Ozarks**<br>**PO Box 242208**<br>**Little Rock, AR 72223-2208** | **2015 9915 Dry Van Trailer**<br>**Dry Van used for business**<br>**(Dry Van could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)** | **Vol. Repo.**<br>**Beg. Nov.**<br>**2016** | **$16,000.00** |
| **Hitachi**<br>**21925 Network Place**<br>**Chicago, IL 60673-1219** | **2016 Freightliner Cascadia Truck 55,000 miles**<br>**Truck used for business**<br>**(Truck could be in name of Grobus Freight, Inc. and/or Debtor; debt inuring upon same is personally guaranteed by debtor)**<br>**Vol. Repo. Dec. 2016** | **Dec. 2016** | **$95,000.00** |
| **Caop Call, LLC**<br>**122 East 42nd Street**<br>**Suite 2112**<br>**New York, NY 10168** | **Business loan**<br>**Frozen funds pursuant to law suit** | **March 2016** | **$91,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CML Factors, LLC v. Hristova, et al.**<br>**003516770** | **Filing of consent judgement on loan for Glubus Freight, Inc., personally guarenteed by debtor on 6/22/2016** | **Kings Borough Supreme Court Civil** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Gibraltar Capital Advance, LLC v. Hristova, et al.**<br>**2016-L-8643** | **Breach of Contract** | **Cook County State's Attormey's Office**<br>**69 W. Washington Street**<br>**Chicago, IL 60602-3023** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Colony Specialty Insurance v. Globus Freight, Inc.**<br>**2017-L-8496** | **Breach of contract** | **Cook County, Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Globus Freight, Inc.**                                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Bankdirect Capital Finance v. Glubus Freight, Inc.**<br>**2017-L-4056** | **Breach of Contract (unsure)** | **Cook County, Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **BMO Harris Bank v. Globus Freight, Inc.**<br>**2017-L-50169** | **Breach of Contract** | **Cook County, Illinois** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **2015 Volvo Truck and 2016 Dry Van Trailer**<br>**Both were a "total loss" and salvaged**<br>**For the truck, insurance paid out $87,000**<br>**For the trailer, insurance paid out $24,000**<br>**Funds went directly to lien holder.** | **Truck and trailer were in the name of Globus Freught, Inc.** | **May 2016** | **$111,000.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **Globus Freight, Inc.** | | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan Law Offices, P.C.**<br>**3400 Dundee Road**<br>**Suite 150**<br>**Northbrook, IL 60062** | **Attorney Fees** | **28 August 2017** | **$1,900.00** |
| | Email or website address<br>**alex@alexkaplanlegal.com** | | | |
| | Who made the payment, if not debtor?<br>**Kristian Hristov** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **United Truck Sales of Chicago I, Inc.**<br>**VI Truck**<br>**16425 Van Dam Road**<br>**South Holland, IL 60473** | **Three Stoughton trailers.  Gross sale's price was $49,500.  Purchaser paid off existing liens/purchase money securities held by BMO Harris.** | **Nov. 11, 2016** | **$49,500.00** |
| | Relationship to debtor<br>**Purchaser** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Globus Freight, Inc.**                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   **Globus Freight, Inc.**                                      Case number *(if known)*_____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Zlatan Buyukliev, CPA**<br>**B&B, LLP**<br>**1580 N. Northwest Highway**<br>**Ste. 216**<br>**Park Ridge, IL 60068** | **2015 & 2016 taxex** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

Debtor   **Globus Freight, Inc.**                                                   Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Desislava Hristova**<br>**5357 N. East River Road, Apt. 603**<br>**Chicago, IL 60656** | **Debtor's principal has some documentation left over from when the corporation closed; most documents were tendered to the debtor's accountant for purposes of finalizing the 2016 taxes and not retrieved.** |
| 26c.2.   **Kaplan Law Offices, P.C.**<br>**3400 Dundee Road**<br>**Suite 150**<br>**Northbrook, IL 60062** | **2015 & 2016 income tax returns**<br>**Bank statements for 2017** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Desislava Hristova** | **5357 N. East River Road**<br>**Apt. 603**<br>**Chicago, IL 60656** | **Shareholder/President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Globus Freight, Inc.**                                     Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2017**

**/s/ Desislava Hristova**                              **Desislava Hristova**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Shareholder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Globus Freight, Inc.**            Case No. _____

                  Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **0.00** |
| Prior to the filing of this statement I have received | $    **0.00** |
| Balance Due | $    **0.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 28, 2017**                  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
*Date*                                 **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                         *Signature of Attorney*
                                         **Kaplan Law Offices, P.C.**
                                         **3400 Dundee Road**
                                         **Suite 150**
                                         **Northbrook, IL 60062**
                                         **(847) 509-9800   Fax: (847) 272-8779**
                                         **alex@alexkaplanlegal.com**
                                         *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Globus Freight, Inc.__                                    Case No. _____

                             Debtor(s)      Chapter  __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __52__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __September 28, 2017__                __/s/ Desislava Hristova__
                                              __Desislava Hristova/President/Shareholder__
                                              Signer/Title

Argus Capital Funding
85 Broad streert
17th Floor
New York, NY 10004


Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339


Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339


Bank of the Ozarks
17901 Chenal Parkway
3rd Floor
Little Rock, AR 72223


Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208


Bank of the Ozarks
PO Box 242208
Little Rock, AR 72223-2208


BankDirect Capital Finance
c/o Williams Bax Saltzman
221 N. LaSalle Street, Suite 3700
Chicago, IL 60601


BMO Harris Bank
300 E. Jon Carperter Freeway
Irving, TX 75062-2712


BMO Harris Bank
300 E. Jon Carpenter freeway
Irving, TX 75062-2712


BMO Harris Bank
300 E. Jon Carpenter Freeway
Irving, TX 75062-2712

Bondar Ins. Group, Inc.
619 Enterprise Drive, Suite 202
Oak Brook, IL 60523


Can Capital, Inc.
2015 Vaughn Road
Suite 500
Kennesaw, GA 30144


Caop Call, LLC
122 East 42nd Street
Suite 2112
New York, NY 10168


Capital One
PO Box 30285
Salt Lake City, UT 84130


Chase Bank
PO Box 1423
Charlotte, NC 28201


Chase Bank
PO Box 1423
Charlotte, NC 28201-1423


Chase Bank
PO Box 15153
Wilmington, DE 19886-5153


Colony Speciality Ins.
c/o Michael D. Weis, Esq.
PO Box 1166
Northbrook, IL 60065


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121

```
Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


Commercial Credit Group, Inc.
PO Box 560121
Charlotte, NC 28260-0121


Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


First Midwest Equipment Finance Co.
80 Gordon
Elk Grove Village, IL 60007


Fleet One
613 Bakertwon Road
Antioch, TN 37013


Funding Circle
747 Front Street
4th Floor
San Francisco, CA 94111


GE Transportation Finance
PO Box 642222
Pittsburgh, PA 15264-2222


Ge Transportation Finance
PO Box 822108
Philadelphia, PA 19182-2108


Gibraltar Capital Advance
400 Skokie Blvd.
Ste. 375
Northbrook, IL 60062


GPS Insight
7201 E. Henkel Way, Unit 400
Scottsdale, AZ 85255


Hitachi
21925 Network Place
Chicago, IL 60673-1219
```

Hitachi
21925 Network Place
Chicago, IL 60673


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Hitachi
21925 Network Place
Chicago, IL 60673-1219


Howard & Howard
200 S. Michigan St., Ste. 1100
Chicago, IL 60604


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101


Mercedes-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Mercedes-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Old Second National Bank
37 South River St.
Aurora, IL 60506


Old Second National Bank
37 South River Street
Aurora, IL 60506


Quarterspot
4601 N. Fairfax Drive
Suite 1120
Arlington, VA 22203


Siemens Financial Services
PO Box 2083
Carol Stream, IL 60132

Siemens Financial Services
PO Box 2083
Carol Stream, IL 60132


Sterns Bank
500 13th Street
PO Box 750
Albany, MN 56307


Triumph Commercial Finance
12700 Park Central Drive
Ste. 1700
Dallas, TX 75251


Triumph Commercial Finance
12700 Park Central Drive
Ste. 1700
Dallas, TX 75251


Triumph Commerical Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


TruckLenderUSA
23 Berry Hill Road
Oyster Bay, NY 11771


Verizon Networkfleet
6363 Greenwich Drive
Ste. 200
San Diego, CA 92122-5987


Volvo Financial Services
7025 Albert Pick Road
Suite 105
Greensboro, NC 27402


Volvo Financial Services
PO Box 7247-6667
Philadelphia, PA 19170-6667


Yellowstone Capital, LLC
160 Pearl Street
5th Floor
New York, NY 10005

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Globus Freight, Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Globus Freight, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2017**

Date

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**

Signature of Attorney or Litigant

Counsel for    **Globus Freight, Inc.**

**Kaplan Law Offices, P.C.**
**3400 Dundee Road**
**Suite 150**
**Northbrook, IL 60062**
**(847) 509-9800 Fax:(847) 272-8779**
**alex@alexkaplanlegal.com**

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)        the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)        the effect of receiving a discharge of debts
(3)        the effect of reaffirming a debt; and
(4)        your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

Date    **September 28, 2017**                    Signature    **/s/ Desislava Hristova**
                                                                **Desislava Hristova**
                                                                **President/Shareholder**

## 11 U.S.C. § 527(a)(2) Disclosure

In accordance with section 527(a)(2) of the Bankruptcy Code, be advised that:

1.  All information that you are required to provide with a bankruptcy petition and during a bankruptcy case must be complete, accurate, and truthful.

2.  All assets and liabilities must be completely and accurately disclosed, with the replacement value of each asset as defined in section 506 listed after reasonable inquiry to establish such value.

3.  Current monthly income, the amounts specified in the "means test" under section 707(b)(2), and disposable income in chapter 13 cases must be stated after reasonable inquiry.

4.  Information that you provide during your bankruptcy case may be audited, and the failure to provide such information may result in dismissal of the case or other sanction, including a criminal sanction.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.